SLOAN, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Isabella Sloan against Catherine A. Smith. No opinion. Judgment and order affirmed, with costs.

SMITH, Appellant, v. SCHEMERHORN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Harriet S. Smith against Lucy J. Schemerhorn and others. No opinion. Order affirmed, with $10 costs and disbursements.

SPANBURGH v. MAYOR. ETC. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by William H. Spanburgh against the mayor, etc. No opinion. Motion granted, with $10 costs.

SPARKS, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Frederick W. Sparks against William J. Berg. No opinion. Judgment of the municipal court affirmed, with costs. All concur, except JENKS, J., who takes no part.

SPENCER, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Andrew Spencer against Charles Hall, as administrator. No opinion. Judgment affirmed, with costs. All concur, except KELLOGG and HERRICK, JJ., who dissent. See 62 N. Y. Supp. 826.

STATE BANK OF SYRACUSE, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by the State Bank of Syracuse against James Barnes, as administrator, etc. No opinion. Judgment and order affirmed, with costs.

STEINHARDT v. BAKER. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by Dauphine Steinhardt against John O. Baker. No opinion. Motion denied.

STERNBERG, Respondent, v. FILKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by George Sternberg against Morgan L. Filkins and others. No opinion. Order affirmed, with $10 costs and disbursements.

STESEL, Appellant, v. SIEBERT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by Henry Stesel against John W. Siebert and others. No opinion. Judgment affirmed, with costs.

STOREY, Appellant, v. VILLAGE OF CHERRY VALLEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Almira Storey against the Village of Cherry Valley. No. opinion. Order affirmed, with costs.

STUBER, Respondent, v. COLER, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by Philipp A. Stuber against Bird S. Coler as comptroller of the city of New York, and others.

PER CURIAM. Application for leave to appeal to the court of appeals granted. The question may be certified as follows: Upon the facts disclosed by the record in the present case, was the appointment of Julius Weiman, made on the 28th day of December, 1899, to be clerk of the municipal court of the city of New York for the Third district in the borough of Brooklyn, a valid and effective appointment for a term of six years? See 63 N. Y. Supp. 723.

SULLIVAN v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by Philip Sullivan against the Metropolitan Life Insurance Company. No opinion. Motion granted, with $10 costs.

SWEET, Respondent, v. BARTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Clement Sweet against Julius Barton and Everett Rose. No opinion. Judgment affirmed, with costs.

In re THOMPSON. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) In the matter of George L. Thompson, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re TIGHE'S WILL. (Supreme Court, Appellate Division, First Department. April 12. 1900.) In the matter of the will of Richard Tighe, deceased. W. H. Peckham, for appellant. J. L. Cadwalader, for respondent. No opinion. Decree of surrogate modified. 53 N. Y. Supp. 718.

TRIPP, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Franklin M. Tripp against Annie P. Smith. No opinion. Motion for stay denied. See 64 N. Y. Supp. 94.

In re VACHERON. (Supreme Court, Appellate Division, Second Department. April 24, 1900.) In the matter of the application of Eugene F. Vacheron for a writ of peremptory mandamus directed to the board of supervisors of Queens county and another. No opinion. Reargument ordered, and case set down for May 2. 1900, unless the parties, with the sanction of the court, agree upon some other day.

VALENTINE v. ROEDELSPERGER. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Moses Valentine against Carl Roedelsperger. No opinion. Motion granted, with $10 costs. See 63 N. Y. Supp. 1117.

VON ARNIM v. MOORE. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Otto F. Von Arnim against Harrison V. Moore. No opinion. Motion denied.